```
                 IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF NORTH CAROLINA
                           SOUTHERN DIVISION
                          NO.  7:13-CV-53-FL

UNITED STATES OF AMERICA,          )
                                   )
             Plaintiff,            )
                                   )
        v.                         )
                                   )
$3,500.00 IN U. S. CURRENCY,       )
                                   )
             Defendant.            )
```

## DEFAULT

Upon motion and proper showing by the attorney for the

plaintiff, the United States of America, default is hereby

entered against the defendant for having failed to appear, plead,

or otherwise defend as provided by Rule 55 of the Federal Rules

of Civil Procedure.

This the 18th day of September, 2013.

_Julie A. Richards_

JULIE A. RICHARDS, Clerk
U. S. District Court
Eastern District of North Carolina